STANLEY V. TUCKER *v.* CONNECTICUT
NATURAL GAS COMPANY
(10528)

FOTI, LANDAU and FREEDMAN, Js.

Argued April 28—decision released May 19, 1992

*Stanley V. Tucker,* pro se, the appellant (plaintiff).

*George M. Purtill,* with whom, on the brief, was *Dana M. Gillard,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.